**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

**CIVIL ACTION NO.   1:10 CV-162-M**

| | |
|---|---|
| **Melissa Hirmbruchner** | Plaintiff |
| vs. | |
| **Frederick J. Hanna & Associates, P.C.** | Defendant |

## ORDER OF REFERRAL

Pursuant to Title 28, United States Code, Section 636(b)(1)(A), this matter is referred to United States Magistrate Judge E. Robert Goebel for disposition of all pretrial motions with the exception of dispositive motions. The Magistrate Judge is authorized and empowered to conduct all necessary hearings or other proceedings which, in his discretion, he deems necessary in order to properly address said motions.

This 21st day of October, 2010.

**ENTERED BY ORDER OF COURT**
**JOSEPH H. MCKINLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

JEFFREY A. APPERSON, CLERK

BY:   s/ Traci J. Duff
         Deputy Clerk

cc: Counsel of record
    Judge Goebel