AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky

| | |
|---|---|
| MELISSA HIRMBRUCHNER | ) |
| —————————————————— | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:10CV-162-M |
| FREDERICK J. HANNA & ASSOCIATES, P.C. | ) |
| —————————————————— | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Frederick J. Hanna & Associates, P.C.
c/o Frederick J. Hanna
1427 Roswell Road
Marietta, Georgia 30062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kyle R. Salyer
Luxenburg & Levin LLC
P.O. Box 2213
Paintsville, KY 41240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Jeffrey A. Apperson

*Signature of Clerk or Deputy Clerk*

Date:   10/21/2010

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  1:10CV-162-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Served by Certified Mail directed to Frederick J. Hanna &
Associates which was delivered on October 29, 2010.
Please see attached proof of delivery.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:  11/11/2010

_____
*Server's signature*

Julie Shaw-Safenovitz, Legal Assitant
_____
*Printed name and title*

23875 Commerce Park, Suite 105
Beachwood, OH 44122
_____
*Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Frederick J. Hanna &
           Associates
C/o Frederick Hanna
1427 Roswell Rd.
Marietta, GA 30062

3. Service Type
  ☐ Certified Mail    ☐ Express Mail
  ☐ Registered       ☐ Return Receipt for Merchandise
  ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
*(Transfer from service label)*

7010 0290 0002 5890 7448

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

PM

2010

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Luxenburg & Levin, LLC
Attorneys At Law
23875 Commerce Park, Suite 105
Beachwood, OH 44122

M. Hirmbruchner